```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
E.L., *et al.*,                                                :
                                                               :
                                              Plaintiffs,      :     1:23-cv-6829-GHW
                                                               :
                          -v –                                 :     ORDER
                                                               :
NEW YORK CITY DEPARTMENT OF                                    :
EDUCATION, *et al.*,                                           :
                                             Defendants.       :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed at the February 8, 2024 initial pretrial conference, Plaintiffs' anticipated motion for summary judgment is due no later than April 24, 2024. Defendants' opposition is due no later than four weeks after the date of service of Plaintiffs' motion. Plaintiffs' reply, if any, is due no later than two weeks after the date of service of Defendants' opposition. The parties must submit a pre-motion conference letter in accordance with the Court's Individual Rule 2(C) prior to the submission of any motion for summary judgment to the Court. Any motion for summary judgment will be deemed untimely unless a request for a premotion conference is made in writing by April 1, 2024.

The parties represented at the conference that there is no need for discovery in this case. As a result, the parties are excused from their obligation to provide initial disclosures to each other pursuant to Rule 26(a)(1), and the parties shall conduct no discovery. No amendment of the pleadings is permitted without prior leave of the Court.

SO ORDERED.

Dated: February 15, 2024
       New York, New York

                                                              _____
                                                              GREGORY H. WOODS
                                                              United States District Judge