# MEMORANDUM ENDORSED

**Law Offices of Irina Roller, PLLC**

| | |
|---|---|
| 40 Wall Street | Telephone (212) 688-1100 |
| New York, New York 10005 | Facsimile (212) 706-9362 |
| | Email: Hearings@RollerEsq.com |

April 1, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2024

<u>VIA ECF</u>

Hon. Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *E.L., et. al. v. New York City Department of Education, et al.*
       23-cv-6829 (GHW)(KHP)

Dear Judge Woods:

Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking enforcement of an underlying decision and order as well as attorneys' fees, costs and expenses for legal work on the trial that Plaintiff's prevailed in under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. (IDEA), as well as for this action.

We write jointly with Defendant to request a two-day extension for the submission of a pre-motion conference letter in accordance with the Court's Individual Rule 2(C), from April 1, 2024 to April 3, 2024.

Since the filing of this action, the Defendant has made payment related to the Plaintiffs' enforcement claim. The remaining issue is the Plaintifs' attorneys' fees, costs and expenses for their legal expenses. Plaintiffs' Motion for Summary Judgment is due on April 24, 2024 per the Court's Order of February 15, 2024 (Dkt. no. 24).

If granted, the extension for submission of the pre-motion conference letter to April 3, 2024, will not alter the parties' overall briefing schedule.

The parties apologize for the late request and thank the Court for consideration.

Respectfully submitted,

s/ _____
Irina Roller
*Attorneys for the Plaintiff*

cc:   via ecf on *Attorneys for the Defendant*

---

Application granted. The deadline for the parties to file a premotion conference letter in accordance with the 2(C) of the Court's Individual Rules is extended to April 3, 2024. For future extension requests, the parties are directed to comply with the Court's Individual Rule 1(E), which requires that all extension requests be made at least two days before the original deadline. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 27.
SO ORDERED.

Dated: April 3, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge