USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
E.L, *et al.*,

                              Plaintiffs,

                -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                              Defendants.

-------------------------------------------------------------- X

1:23-cv-6829-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      As stated at the May 16, 2024 conference, Plaintiffs' motion for summary judgment is due by June 17, 2024. Defendants' opposition is due within four weeks of the date of service of Plaintiffs' motion. Plaintiffs' reply, if any, is due within two weeks of the date of service of Defendants' opposition.

      SO ORDERED.

Dated: May 15, 2024
       New York, New York

                                                               GREGORY H. WOODS
                                                         United States District Judge