## Law Offices of Irina Roller, PLLC

**40 Wall Street**                                    **Telephone (212) 688-1100**
**New York, New York 10005**                   **Facsimile (212) 706-9362**
                                                              **Email: Hearings@RollerEsq.com**

_____

# MEMORANDUM ENDORSED                June 6, 2024

<u>**VIA ECF**</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024
```

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *E.L. et. al. v. New York City Department of Education*
         1:23-cv-06829 (GHW)(KHP)

Dear Judge Woods:

Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful in the underlying trial, as well as for this action.

Plaintiffs respectfully submit this letter motion requesting an extension of time to submit their Motion for Summary Judgment currently due on June 17, 2024 per the Court's May 17, 2024 Order (Dkt. No. 35).

This is Plaintiffs' first request for an extension of time to submit their Motion for Summary Judgment. My office communicated by email and telephone with defendant's counsel, Vivian Drohan and Erika Calderon of Drohan Lee, LLP requesting defendant's position regarding plaintiffs request for an extension of time since June 4, 2024 however, we have not received a response at the time of filing this Letter Motion.

At this time, the parties are engaged in settlement discussions, the adjournment would allow the parties to continue negotiating.

Plaintiffs propose the following amended briefing schedule:

- Plaintiffs' Motion for Summary Judgment due on July 22, 2024
- Defendant's Opposition due on August 22, 2024
- Plaintiffs' Reply due on September 13, 2024

I thank you in advance for the Court's consideration of this request.

Respectfully submitted,

s/_____

Irina Roller
*Attorneys for the Plaintiff*

cc:    All counsel for Defendant via ECF

Application granted.  The deadline for Plaintiffs to file their motion for summary judgment is extended to July 22, 2024.  Defendant's opposition is due within four weeks of the date of service of Plaintiffs' motion. Plaintiffs' reply, if any, is due within three weeks of the date of service of Defendant's opposition.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 36.

SO ORDERED.
Dated:  June 10, 2024

_____
GREGORY H. WOODS
United States District Judge